# EXHIBIT 1



# United States of America
## United States Patent and Trademark Office

# FENDER

**Reg. No. 4,302,401**
**Registered Mar. 12, 2013**
**Int. Cls.: 9 and 15**

**TRADEMARK**

**PRINCIPAL REGISTER**

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
17600 N. PERIMETER DRIVE
SUITE 100
SCOTTSDALE, AZ 852555440

FOR: GUITAR CABLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

FOR: CAPOS; CASES FOR MUSICAL INSTRUMENTS; GUITAR ACCESSORIES, NAMELY, GUITAR SLIDES; GUITAR PICKS; GUITAR STRAPS; GUITAR STRINGS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 805,075, 3,419,612, AND OTHERS.

SN 85-481,682, FILED 11-28-2011.

ESTHER BELENKER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, July 5, 2023 11:17 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Cc:** | zhunsaker@fender.com ;  trademarks@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 4302401: FENDER |

**U.S. Serial Number:**  85481682
**U.S. Registration Number:**  4302401
**U.S. Registration Date:**  Mar 12, 2013
**Mark:**  FENDER
**Owner:**  Fender Musical Instruments Corporation

Jul 5, 2023

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85481682&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85481682&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cls.: 2, 21 and 36

**Reg. No. 2,438,508**

## United States Patent and Trademark Office

Registered Mar. 27, 2001

### TRADEMARK
### PRINCIPAL REGISTER

### JAZZMASTER

FENDER MUSICAL INSTRUMENTS CORPORA-
TION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS, IN CLASS 15 (U.S.
CLS. 2, 21 AND 36).

FIRST USE 8-1-1958; IN COMMERCE 8-1-1958.

SER. NO. 76-010,261, FILED 3-27-2000.

BARBARA GAYNOR, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, June 19, 2021 11:01 PM |
| **To:** | trademarks@fender.com |
| **Cc:** | drlewis@fender.com ;  adarroodi@fender.com ;  rkim@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2438508: JAZZMASTER |

**U.S. Serial Number:**  76010261
**U.S. Registration Number:**  2438508
**U.S. Registration Date:**  Mar 27, 2001
**Mark:**  JAZZMASTER
**Owner:**  Fender Musical Instruments Corporation

Jun 19, 2021

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=76010261&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=76010261&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**



# United States of America
## United States Patent and Trademark Office

## FENDER

**Reg. No. 805,075**

**Registered Mar. 8, 1966**

**Amended July 12, 2016**

**Int. Cls.: 9 and 15**

**TRADEMARK**

**PRINCIPAL REGISTER**

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
17600 N. PERIMETER DRIVE
SUITE 100
SCOTTSDALE, AZ 852555440

FOR: ELECTRIC APPARATUS FOR USE WITH GUITARS AND FOR OTHER PURPOSES---NAMELY, AMPLIFIERS, LOUDSPEAKERS, [ ECHO CHAMBERS, AND REVERBERATION UNITS; ] AND COMPONENTS AND ACCESSORIES FOR SUCH ELECTRICAL APPARATUS---NAMELY, AMPLIFIER CORDS, [ AMPLIFIER CARRIERS, ] AMPLIFIER COVERS, FOOT PEDAL CONTROLS, [ SWITCHES, ] AMPLIFIER HANDLES, AMPLIFIER KNOBS, AMPLI-FIER CORNERS, AMPLIFIER VOLUME AND TONE CONTROLS, SPEAKER CABINETS, [ AMPLIFIER TUBE SHIELDS, AMPLIFIER THUMB-SCREWS, ] AND AMPLIFIER LEGS [, AND TAPE CARTRIDGES ], IN CLASS 9 (INT. CL. 9).

FIRST USE 0-0-1945; IN COMMERCE 0-0-1946.

FOR: MUSICAL INSTRUMENTS---NAMELY, ELECTRIC SPANISH GUITARS, [ ELECTRIC MANDOLINS, ] ELECTRIC BASSES, ACOUSTIC GUITARS, [ PEDAL STEEL GUITARS, AND STEEL GUITARS; ] AND COMPONENTS AND ACCESSORIES FOR GUITARS AND THE LIKE---NAMELY, [ LEGS, ] CASES, BAGS, STRINGS, POLISH, [ WAIST BELTS, STANDS, ] PICKS, [ STEELS, ] NECKS, HEADS, PICKUPS, PICKUP COVERS, PICKGUARDS, BRIDGE COVERS, TREMOLO HANDLES, CONTROL KNOBS, AND STRAPS, IN CLASS 15 (INT. CL. 15).

FIRST USE 0-0-1945; IN COMMERCE 0-0-1946.

SER. NO. 72-225,091, FILED 8-6-1965.



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL
> TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
> DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

 *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

 *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

 You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, August 1, 2016 11:00 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0805075: FENDER: Docket/Reference No. 7209.041 |

**Serial Number:** 72225091
**Registration Number:** 0805075
**Registration Date:** Mar 8, 1966
**Mark:** FENDER
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Aug 1, 2016

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
009, 015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=72225091.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

Renewal

Reg. No. 839,997
Registered Dec. 5, 1967
OG Date June 14, 1988

## TRADEMARK
## PRINCIPAL REGISTER

## STRATOCASTER

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
1130 COLUMBIA ST.
BREA, CA 92621, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME FROM COLUMBIA BROADCASTING SYSTEM, INC. (NEW YORK CORPORATION) NEW YORK, NY

FOR: ELECTRIC GUITARS, IN CLASS 36 (INT. CL. 15).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

SER. NO. 270,186, FILED 4-28-1967.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 14, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

839,997
Registered Dec. 5, 1967

## PRINCIPAL REGISTER
## Trademark

Ser. No. 270,186, filed Apr. 28, 1967

## STRATOCASTER

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: ELECTRIC GUITARS, in CLASS 36.
First use in or about 1954; in commerce in or about 1954.

C. A. MARLOW, *Examiner.*

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, June 9, 2017 11:01 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0839997: STRATOCASTER: Docket/Reference No. 7209.074 |

**U.S. Serial Number:**  72270186
**U.S. Registration Number:**  0839997
**U.S. Registration Date:**  Dec 5, 1967
**Mark:**  STRATOCASTER
**Owner:**  FENDER MUSICAL INSTRUMENTS CORPORATION

Jun 9, 2017

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72270186&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72270186&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent Office

**Reg. No. 1,058,386**
Registered Feb. 8, 1977

## TRADEMARK
### Principal Register

## TELE

CBS Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: ELECTRIC GUITARS, in CLASS 15 (U.S. CL. 36).

First use on or about Apr. 16, 1976; in commerce on or about Apr. 16, 1976.

Owner of Reg. No. 871,794.

Ser. No. 91,722, filed June 28, 1976.

CHARLES R. FOWLER, Supervisory Examiner

J. D. SAMS, Examiner

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Sunday, February 19, 2017 11:16 PM |
| To: | tmapps@goldbergkohn.com |
| Subject: | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1058386: TELE: Docket/Reference No. 7209.057 |

**U.S. Serial Number:** 73091722
**U.S. Registration Number:** 1058386
**U.S. Registration Date:** Feb 8, 1977
**Mark:** TELE
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Feb 19, 2017

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73091722&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73091722&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | | Print |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-09-01 05:21:52 EDT | |
| **Mark:** | TELE | TELE |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73091722 | **Application Filing Date:** | Jun. 28, 1976 |
| **US Registration Number:** | 1058386 | **Registration Date:** | Feb. 08, 1977 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | Feb. 19, 2017 | | |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | FENDER MUSICAL INSTRUMENTS CORPORATION |
| **Owner Address:** | 1575 N. Gower Street, Suite 170<br>Los Angeles, CALIFORNIA UNITED STATES 90028 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information

**Summary** | **Conveyance Filter**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 26 | **Registrant:** | CBS INC. |

**Assignment 1 of 26**

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0490/0539 | **Pages:** | 4 |
| **Date Recorded:** | Mar. 22, 1985 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | CBS, INC. | **Execution Date:** | Mar. 11, 1985 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | NEW YORK |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | FENDER MUSICAL INSTRUMENTS CORPORATION | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1300 EAST VALENCIA DR. | | |

FULLERTON, CALIFORNIA 92631

**Correspondent**

    **Correspondent Name:**  GAUSEWITZ, CARR, ET AL.

    **Correspondent Address:**  BANK OF AMERICA TOWER
STE. 830
ONE CITY BLVD. W.
ORANGE, CA 92668

**Domestic Representative - Not Found**

### Assignment 2 of 26

### Assignment 3 of 26

### Assignment 4 of 26

### Assignment 5 of 26

### Assignment 6 of 26

### Assignment 7 of 26

### Assignment 8 of 26

### Assignment 9 of 26

### Assignment 10 of 26

### Assignment 11 of 26

### Assignment 12 of 26

### Assignment 13 of 26

### Assignment 14 of 26

### Assignment 15 of 26

### Assignment 16 of 26

### Assignment 17 of 26

### Assignment 18 of 26

### Assignment 19 of 26

### Assignment 20 of 26

### Assignment 21 of 26

### Assignment 22 of 26

### Assignment 23 of 26

### Assignment 24 of 26

### Assignment 25 of 26

### Assignment 26 of 26

**Proceedings - Click to Load**

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 884,159

Registered Jan. 13, 1970

Renewal Approved Jan. 16, 1990

## TRADEMARK
## PRINCIPAL REGISTER

### PRECISION BASS

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
1130 COLUMBIA STREET
BREA, CA 92621, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME COLUMBIA BROADCASTING SYSTEM, INC. (NEW YORK CORPORATION) NEW YORK, NY

APPLICANT DISCLAIMS THE WORD "BASS" APART FROM THE MARK AS SHOWN.

FOR: BASS GUITARS, IN CLASS 36 (INT. CL. 15).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

SER. NO. 72-314,187, FILED 12-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**884,159**
Registered Jan. 13, 1970

## PRINCIPAL REGISTER
### Trademark

Ser. No. 314,187, filed Dec. 11, 1968

## PRECISION BASS

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: BASS GUITARS, in CLASS 36 (INT. CL. 15).
First use in or about 1954; in commerce in or about 1954.
  Applicant disclaims the word "Bass" apart from the mark as shown.

C. A. MARLOW, Examiner

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Thursday, February 14, 2019 11:01 PM |
| To: | trademarks@fender.com |
| Subject: | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0884159: PRECISION BASS |

**U.S. Serial Number:** 72314187
**U.S. Registration Number:** 0884159
**U.S. Registration Date:** Jan 13, 1970
**Mark:** PRECISION BASS
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Feb 14, 2019

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\****

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72314187&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72314187&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent Office

Reg. No. 1,062,732
Registered Apr. 5, 1977

## TRADEMARK
### Principal Register

# P BASS

CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y.   10019

For: ELECTRIC BASS GUITARS, in CLASS 15 (U.S. CL. 36).

First use on or about Apr. 16, 1976; in commerce on or about Apr. 16, 1976.

Applicant disclaims the word "Bass" apart from the mark as shown.

Owner of Reg. No. 884,159.

Ser. No. 91,720, filed June 28, 1976.

CHARLES R. FOWLER, Supervisory Examiner

J. D. SAMS, Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Sunday, February 19, 2017 11:16 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1062732: P BASS: Docket/Reference No. 7209.060 |

**U.S. Serial Number:** 73091720
**U.S. Registration Number:** 1062732
**U.S. Registration Date:** Apr 5, 1977
**Mark:** P BASS
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Feb 19, 2017

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73091720&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73091720&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent Office

**Reg. No. 1,058,385**
Registered Feb. 8, 1977

## TRADEMARK
### Principal Register

# STRAT

CBS Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: ELECTRIC GUITARS, in CLASS 15 (U.S. CL. 36).

First use on or about Apr. 16, 1976; in commerce on or about Apr. 16, 1976.

Owner of Reg. No. 839,843.

Ser. No. 91,721, filed June 28, 1976.

CHARLES R. FOWLER, Supervisory Examiner

J. D. SAMS, Examiner

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Monday, February 20, 2017 11:00 PM |
| To: | tmapps@goldbergkohn.com |
| Subject: | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1058385: STRAT: Docket/Reference No. 7209.058 |

**U.S. Serial Number:** 73091721
**U.S. Registration Number:** 1058385
**U.S. Registration Date:** Feb 8, 1977
**Mark:** STRAT
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Feb 20, 2017

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73091721&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73091721&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | | Print |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-01 05:14:35 EDT |
| Mark: | STRAT |

# STRAT

| | | | |
|---|---|---|---|
| US Serial Number: | 73091721 | Application Filing Date: | Jun. 28, 1976 |
| US Registration Number: | 1058385 | Registration Date: | Feb. 08, 1977 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |

| | |
|---|---|
| TM5 Common Status Descriptor: | LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. |
| Status Date: | Feb. 20, 2017 |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | FENDER MUSICAL INSTRUMENTS CORPORATION | | |
| Owner Address: | 1575 N. Gower Street, Suite 170
Los Angeles, CALIFORNIA UNITED STATES 90028 | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information

| **Summary** | | Conveyance Filter | |
|---|---|---|---|
| Total Assignments: | 26 | Registrant: | CBS INC. |

### Assignment 1 of 26

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| Reel/Frame: | 0490/0539 | Pages: | 4 |
| Date Recorded: | Mar. 22, 1985 | | |
| Supporting Documents: | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | CBS, INC. | Execution Date: | Mar. 11, 1985 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | NEW YORK |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | FENDER MUSICAL INSTRUMENTS CORPORATION | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 1300 EAST VALENCIA DR. | | |

FULLERTON, CALIFORNIA 92631

**Correspondent**

**Correspondent Name:** GAUSEWITZ, CARR, ET AL.

**Correspondent Address:** BANK OF AMERICA TOWER
STE. 830
ONE CITY BLVD. W.
ORANGE, CA 92668

**Domestic Representative - Not Found**

### Assignment 2 of 26

### Assignment 3 of 26

### Assignment 4 of 26

### Assignment 5 of 26

### Assignment 6 of 26

### Assignment 7 of 26

### Assignment 8 of 26

### Assignment 9 of 26

### Assignment 10 of 26

### Assignment 11 of 26

### Assignment 12 of 26

### Assignment 13 of 26

### Assignment 14 of 26

### Assignment 15 of 26

### Assignment 16 of 26

### Assignment 17 of 26

### Assignment 18 of 26

### Assignment 19 of 26

### Assignment 20 of 26

### Assignment 21 of 26

### Assignment 22 of 26

### Assignment 23 of 26

### Assignment 24 of 26

### Assignment 25 of 26

### Assignment 26 of 26

**Proceedings - Click to Load**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,060,024

Registered Feb. 21, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# FENDER

FENDER MUSICAL INSTRUMENTS CORPORA-
TION (DELAWARE CORPORATION)
SUITE 100
8860 E. CHAPARRAL ROAD
SCOTTSDALE, AZ 85250

FOR: CLOTHING, NAMELY ATHLETIC FOOT-
WEAR, BANDANAS, BASEBALL CAPS, BATHING
SUITS, BATHING TRUNKS, BATHROBES, BEACH-
WEAR, BELTS, BERETS, CLOTH BIBS, BLAZERS,
BLOUSES, BODY SUITS, BOMBER JACKETS,
BOOTS, BOW TIES, BOXER SHORTS, BRAS, BRIEFS,
BUSTIERS, CAMISOLES, CAPES, CAPRIS, CAPS,
CARDIGANS, CASUAL SOCKS, CHEMISES, CHI-
NOS, COATS, COLLARS, COVERALLS, CUFFS,
CUMBERBUNDS, DOWN-FILLED JACKETS, DRES-
SES, EAR MUFFS, FLANNEL SHIRTS, FOOTWEAR,
SUITS AND DRESSES, GLOVES, GOLF SHIRTS,
GOWNS, GYM SHORTS, HALTER TOPS, HATS,
HEADBANDS, HOUSECOATS, INFANTWEAR,
JACKETS, JEANS, JERSEYS, JOGGING SUITS, JUM-
PERS, JUMPSUITS, KERCHIEFS, KHAKI PANTS,
KNIT SHIRTS, LEGGINGS, LEOTARDS, LINGERIE,
MITTENS, MOCCASINS, MOTORCYCLE BOOTS,
NECKERCHIEFS, NECKWEAR, NIGHT SHIRTS,
OVERALLS, OVERCOATS, PAJAMAS, PANTS, PAN-
TYHOSE, POLO SHIRTS, PONCHOS, PULLOVERS,
RAIN WEAR, ROBES, RUGBY SHIRTS, SANDALS,

SCARVES, SHAWLS, SHELLS, SHIRTS, SHORTS,
SKI WEAR, SKIRTS, SLACKS, SLEEPWEAR, SLIP-
PERS, SMOCKS, SMOKING JACKETS, SNEAKERS,
SOCKS, SPORT COATS, SPORT SHIRTS, SPORTS
JERSEYS, STOCKINGS, SUITS, SUN DRESSES, SUS-
PENDERS, SWIM WEAR, SWEAT PANTS, SWEAT
SHIRTS, SWEAT SHORTS, SWEATERS, TANK TOPS,
TIES, TIGHTS, TOPCOATS, TOPS, TROUSERS, T-
SHIRTS, TUBE TOPS, TUNICS, TURTLENECKS,
UNDERGARMENTS, VESTS, WAISTCOATS,
WALKING SHORTS, WARM-UP SUITS, WRAPS,
AND WRISTBANDS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 805,510, 2,385,810 AND
OTHERS.

SER. NO. 78-458,293, FILED 7-28-2004.

JOHN HWANG, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, June 5, 2015 11:01 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3060024: FENDER: Docket/Reference No. 7209.033 |

**Serial Number:**  78458293
**Registration Number:**  3060024
**Registration Date:**  Feb 21, 2006
**Mark:**  FENDER
**Owner:**  Fender Musical Instruments Corporation

Jun 5, 2015

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

#### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=78458293.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States of America
## United States Patent and Trademark Office

# FENDER

**Reg. No. 6,850,472**

**Registered Sep. 20, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Fender Musical Instruments Corporation  (DELAWARE CORPORATION)
1575 N. Gower Street, Suite 170
Los Angeles, CALIFORNIA 90028

CLASS 28: Toy model guitars

FIRST USE 2-13-2021; IN COMMERCE 2-13-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-892,145, FILED 08-19-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 15**

**Prior U.S. Cl.: 36**

## United States Patent and Trademark Office

**Reg. No. 1,148,870**
Registered Mar. 24, 1981

### TRADEMARK
**Principal Register**



CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y. 10019

For: ELECTRIC GUITARS AND ELECTRIC BASS GUITARS, in CLASS 15 (U.S. Cl. 36).

First use 1951; in commerce 1951.

Applicant hereby disclaims the straight side of the head profile apart from the mark as shown, such straight portion being, in the illustrated head profile of a conventional right-handed guitar, the inclined straight edge shown at the left.

The mark consists of the profile or outline of the head of an electric guitar or electric bass guitar.

Ser. No. 70,670, filed Dec. 3, 1975.

J. TINGLEY, Primary Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, December 9, 2021 11:01 PM |
| **To:** | trademarks@fender.com |
| **Cc:** | drobinson@fender.com ; zhunsaker@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1148870: Miscellaneous Design: Docket/Reference No. 7209.107 |

**U.S. Serial Number:** 73070670
**U.S. Registration Number:** 1148870
**U.S. Registration Date:** Mar 24, 1981
**Mark:** Miscellaneous Design
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Dec 9, 2021

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73070670&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73070670&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**



FULLERTON, CALIFORNIA 92631

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | GAUSEWITZ, CARR, ET AL. |
| **Correspondent Address:** | BANK OF AMERICA TOWER<br>STE. 830<br>ONE CITY BLVD. W.<br>ORANGE, CA 92668 |

**Domestic Representative - Not Found**

▲ **Assignment 2 of 26**

▲ **Assignment 3 of 26**

▲ **Assignment 4 of 26**

▲ **Assignment 5 of 26**

▲ **Assignment 6 of 26**

▲ **Assignment 7 of 26**

▲ **Assignment 8 of 26**

▲ **Assignment 9 of 26**

▲ **Assignment 10 of 26**

▲ **Assignment 11 of 26**

▲ **Assignment 12 of 26**

▲ **Assignment 13 of 26**

▲ **Assignment 14 of 26**

▲ **Assignment 15 of 26**

▲ **Assignment 16 of 26**

▲ **Assignment 17 of 26**

▲ **Assignment 18 of 26**

▲ **Assignment 19 of 26**

▲ **Assignment 20 of 26**

▲ **Assignment 21 of 26**

▲ **Assignment 22 of 26**

▲ **Assignment 23 of 26**

▲ **Assignment 24 of 26**

▲ **Assignment 25 of 26**

▲ **Assignment 26 of 26**

▲ **Proceedings - Click to Load**

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent and Trademark Office

Reg. No. 1,148,869
Registered Mar. 24, 1981

## TRADEMARK
### Principal Register



CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y. 10019

For: ELECTRIC GUITARS AND ELECTRIC BASS GUITARS, in CLASS 15 (U.S. Cl. 36).

First use 1955; in commerce 1955.

Applicant hereby disclaims the straight portion of the head profile apart from the mark as shown, such straight portion being, in the illustrated head profile of a conventional right-handed guitar, the inclined straight edge shown at the left.

The mark consists of the profile or outline of the head of an electric guitar or electric bass guitar.

Ser. No. 70,669, filed Dec. 3, 1975.

G. T. GLYNN, Primary Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, December 9, 2021 11:01 PM |
| **To:** | trademarks@fender.com |
| **Cc:** | drobinson@fender.com ; zhunsaker@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1148869: Miscellaneous Design: Docket/Reference No. 7209.108 |

**U.S. Serial Number:**  73070669
**U.S. Registration Number:**  1148869
**U.S. Registration Date:**  Mar 24, 1981
**Mark:**  Miscellaneous Design
**Owner:**  FENDER MUSICAL INSTRUMENTS CORPORATION

Dec 9, 2021

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73070669&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73070669&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**



**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | | Print |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-10-03 07:36:16 EDT |
| **Mark:** | |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73070669 | **Application Filing Date:** | Dec. 03, 1975 |
| **US Registration Number:** | 1148869 | **Registration Date:** | Mar. 24, 1981 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| **Status:** | The Trademark Trial and Appeal Board has terminated a cancellation proceeding. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | Mar. 30, 2021 | | |
| **Publication Date:** | May 02, 1978 | | |

▲ **Mark Information**                                                          ▼ Expand All

▲ **Goods and Services**

▲ **Basis Information (Case Level)**

▼ **Current Owner(s) Information**

| | | | |
|---|---|---|---|
| **Owner Name:** | FENDER MUSICAL INSTRUMENTS CORPORATION | | |
| **Owner Address:** | 1575 N. Gower Street, Suite 170<br>Los Angeles, CALIFORNIA UNITED STATES 90028 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

▲ **Attorney/Correspondence Information**

▲ **Prosecution History**

▲ **TM Staff and Location Information**

▼ **Assignment Abstract Of Title Information**

| Summary | | ▼ Conveyance Filter | |
|---|---|---|---|
| **Total Assignments:** | 26 | **Registrant:** | CBS Inc. |

▼ **Assignment 1 of 26**                                                        ▼ Expand All

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0490/0539 | **Pages:** | 4 |
| **Date Recorded:** | Mar. 22, 1985 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | CBS, INC. | **Execution Date:** | Mar. 11, 1985 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | NEW YORK |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | FENDER MUSICAL INSTRUMENTS CORPORATION | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1300 EAST VALENCIA DR. | | |

FULLERTON, CALIFORNIA 92631

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | GAUSEWITZ, CARR, ET AL. |
| **Correspondent Address:** | BANK OF AMERICA TOWER<br>STE. 830<br>ONE CITY BLVD. W.<br>ORANGE, CA 92668 |

**Domestic Representative - Not Found**

▲ **Assignment 2 of 26**

▲ **Assignment 3 of 26**

▲ **Assignment 4 of 26**

▲ **Assignment 5 of 26**

▲ **Assignment 6 of 26**

▲ **Assignment 7 of 26**

▲ **Assignment 8 of 26**

▲ **Assignment 9 of 26**

▲ **Assignment 10 of 26**

▲ **Assignment 11 of 26**

▲ **Assignment 12 of 26**

▲ **Assignment 13 of 26**

▲ **Assignment 14 of 26**

▲ **Assignment 15 of 26**

▲ **Assignment 16 of 26**

▲ **Assignment 17 of 26**

▲ **Assignment 18 of 26**

▲ **Assignment 19 of 26**

▲ **Assignment 20 of 26**

▲ **Assignment 21 of 26**

▲ **Assignment 22 of 26**

▲ **Assignment 23 of 26**

▲ **Assignment 24 of 26**

▲ **Assignment 25 of 26**

▲ **Assignment 26 of 26**

▲ **Proceedings - Click to Load**



# United States of America
## United States Patent and Trademark Office

# FENDER

**Reg. No. 4,151,702**

**Registered May 29, 2012**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
17600 N. PERIMETER DRIVE
SUITE 100
SCOTTSDALE, AZ 852555440

FOR: CHRISTMAS TREE ORNAMENTS; JIGSAW PUZZLES; LOTTERY TICKETS; TOY MODEL GUITARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-5-2011; IN COMMERCE 7-5-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 805,075, 3,873,690, AND OTHERS.

SN 85-375,387, FILED 7-19-2011.

JORDAN BAKER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, November 28, 2022 11:17 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Cc:** | zhunsaker@fender.com ;  trademarks@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 4151702: FENDER |

**U.S. Serial Number:**  85375387
**U.S. Registration Number:**  4151702
**U.S. Registration Date:**  May 29, 2012
**Mark:**  FENDER
**Owner:**  Fender Musical Instruments Corporation

Nov 28, 2022

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
028

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85375387&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85375387&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cls.: 2, 21 and 36

**United States Patent and Trademark Office**

Reg. No. 1,999,898
Registered Sep. 10, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## JAGUAR

FENDER MUSICAL INSTRUMENTS CORPO-
RATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS, IN CLASS 15
(U.S. CLS. 2, 21 AND 36).

FIRST USE 1-0-1993; IN COMMERCE
1-0-1993.

SER. NO. 75-000,051, FILED 10-2-1995.

JEFFERY FRAZIER, EXAMINING ATTORNEY

Int. Cl.: 15

Prior U.S. Cls.: 2, 21 and 36

**United States Patent and Trademark Office**

Reg. No. 1,999,898
Registered Sep. 10, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## JAGUAR

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 1-0-1993; IN COMMERCE 1-0-1993.

SER. NO. 75-000,051, FILED 10-2-1995.

JEFFERY FRAZIER, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, May 2, 2016 11:01 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1999898: JAGUAR: Docket/Reference No. 7209.047 |

**Serial Number:** 75000051
**Registration Number:** 1999898
**Registration Date:** Sep 10, 1996
**Mark:** JAGUAR
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

May 2, 2016

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=75000051.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 882,884

Registered Dec. 23, 1969

Renewal Approved Jan. 16, 1990

## TRADEMARK
## PRINCIPAL REGISTER

### JAZZ BASS

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
1130 COLUMBIA STREET
BREA, CA 92621, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME COLUMBIA BROADCASTING SYSTEM, INC. (NEW YORK CORPORATION) NEW YORK, NY

APPLICANT DISCLAIMS THE WORD "BASS" APART FROM THE MARK AS SHOWN.

FOR: BASS GUITARS, IN CLASS 36 (INT. CL. 15).

FIRST USE 0-0-1957; IN COMMERCE 0-0-1957.

SER. NO. 72-314,134, FILED 12-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**882,884**
Registered Dec. 23, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 314,134, filed Dec. 11, 1968

## JAZZ BASS

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: BASS GUITARS, in CLASS 36 (INT. CL. 15).
First use in or about 1957; in commerce in or about 1957.

Applicant disclaims the word "Bass" apart from the mark as shown.

C. A. MARLOW, Examiner

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Monday, April 1, 2019 11:02 PM |
| To: | trademarks@fender.com |
| Subject: | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0882884: JAZZ BASS |

**U.S. Serial Number:**  72314134
**U.S. Registration Number:**  0882884
**U.S. Registration Date:**  Dec 23, 1969
**Mark:**  JAZZ BASS
**Owner:**  FENDER MUSICAL INSTRUMENTS CORPORATION

Apr 1, 2019

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72314134&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72314134&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**Int. Cl.: 15**

**Prior U.S. Cls.: 2, 21 and 36**

## United States Patent and Trademark Office

Reg. No. 1,998,339
Registered Sep. 3, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## MUSTANG

FENDER MUSICAL INSTRUMENTS CORPO-
RATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS, IN CLASS 15
(U.S. CLS. 2, 21 AND 36).

FIRST USE 1-0-1993; IN COMMERCE
1-0-1993.

SER. NO. 75-000,052, FILED 10-2-1995.

JEFFERY FRAZIER, EXAMINING ATTORNEY

**Int. Cl.: 15**

**Prior U.S. Cls.: 2, 21 and 36**

Reg. No. 1,998,339

## United States Patent and Trademark Office

Registered Sep. 3, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## MUSTANG

FENDER MUSICAL INSTRUMENTS CORPO-
RATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS, IN CLASS 15
(U.S. CLS. 2, 21 AND 36).

FIRST USE 1–0–1993; IN COMMERCE
1–0–1993.

SER. NO. 75–000,052, FILED 10–2–1995.

JEFFERY FRAZIER, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, April 30, 2016 11:01 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1998339: MUSTANG: Docket/Reference No. 7209.045 |

**Serial Number:** 75000052
**Registration Number:** 1998339
**Registration Date:** Sep 3, 1996
**Mark:** MUSTANG
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Apr 30, 2016

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=75000052.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States Patent Office

871,794

Registered June 24, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 314,199, filed Dec. 11, 1968

# TELECASTER

Columbia Broadcasting System. Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: GUITARS, in CLASS 36 (INT. CL. 15).
First use in or about 1949; in commerce in or about 1949.

C. A. MARLOW, *Examiner.*

# United States Patent Office

**871,794**
Registered June 24, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 314,199, filed Dec. 11, 1968

## TELECASTER

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: GUITARS, in CLASS 36 (INT. CL. 15).
First use in or about 1949; in commerce in or about 1949.

C. A. MARLOW, *Examiner.*

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, July 9, 2018 11:02 PM |
| **To:** | trademarks@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0871794: TELECASTER |

**U.S. Serial Number:** 72314199
**U.S. Registration Number:** 0871794
**U.S. Registration Date:** Jun 24, 1969
**Mark:** TELECASTER
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Jul 9, 2018

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72314199&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72314199&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-01 05:18:53 EDT |
| Mark: | TELECASTER |

# TELECASTER

| | | | |
|---|---|---|---|
| US Serial Number: | 72314199 | Application Filing Date: | Dec. 11, 1968 |
| US Registration Number: | 871794 | Registration Date: | Jun. 24, 1969 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | |
| Status Date: | Jul. 09, 2018 | | |

# Mark Information

# Related Properties Information

# Goods and Services

# Basis Information (Case Level)

# Current Owner(s) Information

# Attorney/Correspondence Information

# Prosecution History

# TM Staff and Location Information

# Assignment Abstract Of Title Information

| **Summary** | | | **Conveyance Filter** |
|---|---|---|---|
| Total Assignments: | 28 | Registrant: | COLUMBIA BROADCASTING SYSTEM, INC. |

## Assignment 1 of 28

| | | | |
|---|---|---|---|
| Conveyance: | CHANGE OF NAME 19740418 | | |
| Reel/Frame: | 0266/0455 | Pages: | 11 |
| Date Recorded: | May 14, 1975 | | |
| Supporting Documents: | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | COLUMBIA BROADCASTING SSYSTEM, INC. | Execution Date: | Jan. 13, 1975 |
| Legal Entity Type: | UNKNOWN | State or Country Where Organized: | No Place Where Organized Found |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | CBS INC. | | |
| Legal Entity Type: | UNKNOWN | State or Country Where Organized: | No Place Where Organized Found |
| Address: | No Assignee Address Found | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | GAUSEWUITZ, CARR & ROTHENBERG |
| Correspondent Address: | UNION BANK SQUARE SUITE 711 SOUTH TOWER ORANGE, CA 92668 |

**Domestic Representative - Not Found**

### Assignment 2 of 28

| | |
|---|---|
| **Conveyance:** | CHANGE OF NAME 19740418 |
| **Reel/Frame:** | **0378/0545** |
| **Date Recorded:** | Oct. 20, 1980 |
| **Supporting Documents:** | No Supporting Documents Available |

**Pages:** 12

**Assignor**

| | |
|---|---|
| **Name:** | **COLUMBIA BROADCASTING SYSTEM INC.** |
| **Legal Entity Type:** | UNKNOWN |

**Execution Date:** Aug. 04, 1980

**State or Country Where Organized:** No Place Where Organized Found

**Assignee**

| | |
|---|---|
| **Name:** | **CBS INC.** |
| **Legal Entity Type:** | UNKNOWN |
| **Address:** | No Assignee Address Found |

**State or Country Where Organized:** No Place Where Organized Found

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | GAUSEWITZ, CARR ET AL. |
| **Correspondent Address:** | BANK OF AMERICA TOWER<br>STE. 830, ONE CITY BLVD. WEST<br>ORANGE, CA 92668 |

**Domestic Representative - Not Found**

### Assignment 3 of 28

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |
| **Reel/Frame:** | **0490/0539** |
| **Date Recorded:** | Mar. 22, 1985 |
| **Supporting Documents:** | No Supporting Documents Available |

**Pages:** 4

**Assignor**

| | |
|---|---|
| **Name:** | **CBS, INC.** |
| **Legal Entity Type:** | CORPORATION |

**Execution Date:** Mar. 11, 1985

**State or Country Where Organized:** NEW YORK

**Assignee**

| | |
|---|---|
| **Name:** | **FENDER MUSICAL INSTRUMENTS CORPORATION** |
| **Legal Entity Type:** | CORPORATION |
| **Address:** | 1300 EAST VALENCIA DR.<br>FULLERTON, CALIFORNIA 92631 |

**State or Country Where Organized:** DELAWARE

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | GAUSEWITZ, CARR, ET AL. |
| **Correspondent Address:** | BANK OF AMERICA TOWER<br>STE. 830<br>ONE CITY BLVD. W.<br>ORANGE, CA 92668 |

**Domestic Representative - Not Found**

### Assignment 4 of 28

### Assignment 5 of 28

### Assignment 6 of 28

### Assignment 7 of 28

### Assignment 8 of 28

### Assignment 9 of 28

### Assignment 10 of 28

### Assignment 11 of 28

### Assignment 12 of 28

**Assignment 13 of 28**

**Assignment 14 of 28**

**Assignment 15 of 28**

**Assignment 16 of 28**

**Assignment 17 of 28**

**Assignment 18 of 28**

**Assignment 19 of 28**

**Assignment 20 of 28**

**Assignment 21 of 28**

**Assignment 22 of 28**

**Assignment 23 of 28**

**Assignment 24 of 28**

**Assignment 25 of 28**

**Assignment 26 of 28**

**Assignment 27 of 28**

**Assignment 28 of 28**

**Proceedings - Click to Load**