UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-20864

FENDER MUSICAL INSTRUMENTS CORPORATION,

     Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

     Defendants.

_____/

## COMPLAINT

Plaintiff FENDER MUSICAL INSTRUMENTS CORPORATION ("Plaintiff" or "FENDER"), by and through undersigned counsel, hereby alleges as follows against the individuals, corporations, limited liability companies, partnerships, and unincorporated associations and foreign entities identified on **Schedule A**[1] to the Complaint (collectively, "Defendants"):

## INTRODUCTION

1.    This action has been filed by Plaintiff to combat online counterfeiters who trade upon Plaintiff's reputation and goodwill by selling and/or offering for sale products in connection with Plaintiff's trademarks, which are covered by U.S. Trademark Registration Nos. 4302401; 2438508; 805075; 839997; 1058386; 884159; 1062732; 1058385; 3060024; 6850472; 1148870; 1148869; 4151702; 1999898; 882884; 1998339; and 871794 (collectively, the "FENDER

_____

[1] Plaintiff intends to file a motion to seal the Schedule A.

1

Trademarks").

2.      The registrations are valid, subsisting, and in full force and effect. True and correct copies of the federal trademark registration certificates for the FENDER Trademarks are attached hereto as **Exhibit 1**.

3.      Defendants are improperly advertising, marketing and/or selling unauthorized and illegal products infringing upon Plaintiff's FENDER Trademarks (the "Counterfeit Products"). By selling Counterfeit Products that purport to be genuine and authorized products using the FENDER Trademarks (the "FENDER Products"), Defendants cause confusion and deception in the marketplace.

4.      Defendants create numerous fully interactive commercial internet stores operating under the online marketplace account identified in Schedule A (collectively, the "Defendant Internet Stores"), including on the platforms, AliExpress, Amazon, DHgate, Ebay, Etsy, Temu, TikTok and Walmart (collectively, the "Marketplace Platforms").

5.      Defendants design the online marketplace accounts to appear to be selling genuine FENDER Products, while selling inferior imitations of such products.

6.      Defendants' online marketplace accounts also share unique identifiers, such as design elements and similarities of the Counterfeit Products offered for sale, establishing a logical relationship between them and suggesting that Defendants' illegal operations arise out of the same transaction, occurrence, or series of transactions or occurrences.

7.      Defendants attempt to avoid liability by going to great lengths to conceal both their identities and the full scope and interworking of their illegal counterfeiting operation. Plaintiff is forced to file this action to combat Defendants' counterfeiting of the FENDER Trademarks, as well as to protect unknowing consumers from purchasing Counterfeit Products.

8.     As a result of Defendants' actions, Plaintiff has been and continues to be irreparably damaged through consumer confusion, dilution, and tarnishment of its valuable trademarks, and goodwill and, therefore, seeks injunctive and monetary relief.

9.     This Court has personal jurisdiction over each Defendant, in that each Defendant conducts significant business in Florida and in this Judicial District, and the acts and events giving rise to this lawsuit of which each Defendant stands accused were undertaken in Florida and in this Judicial District.

10.     In addition, each Defendant has offered to sell and ship and/or sold and shipped Counterfeit Products into this Judicial District.

## SUBJECT MATTER JURISIDCITON

11.     This Court has original subject matter jurisdiction over the trademark infringement and false designation of origin claims in this action pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051 et seq., 28 U.S.C. § 1338(a)–(b), and 28 U.S.C. § 1331.

## PERSONAL JURISDICTION AND VENUE

12.     Personal jurisdiction exists over Defendants in this Judicial District pursuant to FRCP § 48.193(1)(a)(1) and § 48.193(1)(a)(6), or in the alternative, Fed. R. Civ. P. 4(k) because, upon information and belief, Defendants regularly conduct, transact and/or solicit business in Florida and in this Judicial District, and/or derive substantial revenue from business transactions in Florida and in this Judicial District and/or otherwise avail themselves of the privileges and protections of the laws of the State of Florida such that this Court's assertion of jurisdiction over Defendants does not offend traditional notions of fair play and due process.

13.     In addition, Defendants' illegal counterfeiting and infringing actions of the FENDER Trademarks have caused injury to Plaintiff in Florida, particularly in this Judicial

3

District, such that Defendants should reasonably expect such actions to have consequences in Florida and this judicial District.

14.    For example, Defendant Internet Stores accept orders of Counterfeit Products from and offer shipping to addresses located in Florida and particularly in this Judicial District. Screen shots of the shopping cart allowing Counterfeit Products from Defendant Internet Stores to be shipped to Florida are attached as Exhibit 2 to the Declaration of Aarash Darroodi ("Darroodi Decl."), which will be filed in Support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order.

15.    Moreover, upon information and belief, Defendants were and/or are systematically directing and/or targeting their business activities at consumers in the U.S., including those in Florida, in this Judicial District, through accounts (the "User Account(s)") on e-commerce sites including the Marketplace Platforms, as well as any and all as yet undiscovered User Accounts with additional online marketplace platforms held by or associated with Defendants, their respective officers, employees, agents, servants and all persons in active concert or participation with any of them. Through these User Accounts, consumers in the U.S., including Florida (and more particularly, in this Judicial District), can view the marketplace accounts that each Defendant operates, uses to communicate with Defendants regarding their listings for Counterfeit Products, and to place orders for, receive invoices for and purchase Counterfeit Products for delivery in the U.S., including Florida (and more particularly, in this Judicial District), as a means for establishing regular business with the U.S., including Florida (and more particularly, in this Judicial District).

16.    Defendants have transacted business with consumers located in the U.S., including Florida (and more particularly, in this Judicial District), for the sale and shipment of Counterfeit Products.

4

17.     Venue is proper in this Court pursuant to at least 28 U.S.C. §§ 1391(b)(2) and 1400(a) because Defendants have committed acts of trademark infringement in this Judicial District and do substantial business in this Judicial District.

**THE PLAINTIFF**

18.     Plaintiff FENDER is a corporation organized and existing under the laws of the United States of America with a principal place of business in Los Angeles, California.

19.     Plaintiff is the registered owner of the FENDER Trademarks (attached as Exhibit 1):

| U.S. TM Reg. No. | Trademark | Registration Date |
|---|---|---|
| 4,302,401 | FENDER | Mar. 12, 2013 |
| 2,438,508 | JAZZMASTER | Mar. 27, 2001 |
| 805,075 | FENDER | Mar. 08, 1966 |
| 839,997 | STRATOCASTER | Dec. 05, 1967 |
| 1,058,386 | TELE | Feb. 08, 1977 |
| 884,159 | PRECISION BASS | Jan. 13, 1970 |
| 1,062,732 | P BASS | Apr. 05, 1977 |
| 1,058,385 | STRAT | Feb. 088, 1977 |
| 3,060,024 | FENDER | Feb. 21, 2006 |
| 6,850,472 | FENDER | Sep. 20, 2022 |

| Number | Mark | Date |
|---|---|---|
| 1,148,870 | | Mar. 24, 1981 |
| 1,148,869 | | Mar. 24, 1981 |
| 4,151,702 | FENDER | May 29, 2012 |
| 1,999,898 | JAGUAR | Sep. 10, 1996 |
| 882,884 | JAZZ BASS | Dec. 23, 1969 |
| 1,998,339 | MUSTANG | Sep. 03, 1996 |
| 871,794 | TELECASTER | Jun. 24, 1969 |

## THE DEFENDENTS

20.     Defendants are individuals and business entities who, upon information and belief, reside mainly in the People's Republic of China or other foreign jurisdictions.

21.     Defendants are merchants on online e-commerce platforms, including the Marketplace Platforms.

## THE FENDER PRODUCTS

22.     Plaintiff is the originator of the mass-marketed solid body electric guitar. Plaintiff has created products that have been integral in almost every large scale social and musical

movement since the 1950's. The company has distinguished itself as one of the music industry's biggest musical instrument manufacturers in the world. Through great effort and as a testament to Plaintiff's popularity and quality of its products, Plaintiff has gathered many industry accolades, with recent awards including but not limited to:

    a.   Best Gear of 2023 (Guitar World Magazine) – Squier Paranormal Jazzmaster

    b.   Editor's Choice 5/2023 (Guitar.com) – H.E.R Limited Edition Stratocaster

    c.   Best Gear of 2022 (Guitar World Magazine) – 40th Anniversary Jazzmaster

23.     From the date of the creation of the first FENDER Products to the present, Plaintiff and its authorized retailers are and have been the sole and official source of genuine FENDER Products in the United States.





*Examples of Genuine FENDER Products Incorporating the* FENDER *Trademarks*

24. Since at least 1950, Plaintiff has developed and marketed high-quality guitars, guitar parts, and amplifiers such as the Precision Bass, The Stratocaster, Jazzmaster, Jazz Bass, Jaguar, and the Mustang ("FENDER Products") incorporating the FENDER Trademarks. The FENDER Trademarks are and have been the subject of substantial and continuous marketing and promotion by Plaintiff. Plaintiff has and continues to widely market and promote the FENDER Trademarks in the industry and to consumers.

25. The registrations for the FENDER Trademarks constitute prima facie evidence of their validity and of Plaintiff's exclusive right to use the trademarks pursuant to 15 U.S.C. § 1057(b).

26. Each of the FENDER Trademarks qualifies as a famous mark, as that term is used in 15 U.S.C. §1125(c)(1), and each has been continuously used and never abandoned. Since Plaintiff launched the FENDER Products, the Company has followed a defined strategy for

positioning its brand, marketing, and promoting the product line in the industry and to consumers, and establishing distribution channels. Plaintiff's promotional efforts for the FENDER Products include, by way of example but not limitation, the www.fender.com website, online advertising, trade magazines and social media advertising campaigns. Plaintiff has expended substantial time, money, and other resources in advertising and otherwise promoting the FENDER Products.

27.     The FENDER Products have become enormously popular, driven by Plaintiff's arduous quality standards and innovative trademarked designs. These designs are broadly recognized by consumers as being sourced from Plaintiff. Products fashioned after these designs are associated with the quality and innovation that the public has come to expect from Plaintiff and its FENDER Products.

28.     Plaintiff owns all rights, including without limitation, the rights to reproduce the trademarked designs in copies, to prepare derivative works based upon the trademarked designs, and to distribute copies of the trademarked designs to the public by sale or other transfer of ownership, or by rental, lease, or lending, in the FENDER Trademarks as the owner of those trademarks.

### THE DEFENDANTS' UNLAWFUL CONDUCT

29.     The success of the FENDER Products has resulted in significant counterfeiting. Plaintiff has identified numerous Defendant Internet Stores linked to fully interactive websites on e-commerce sites including the Marketplace Platforms. These Defendant Internet Stores offer for sale, sell, and import Counterfeit Products to consumers in this Judicial District and throughout the United States.

30.     Defendants have persisted in creating such online marketplaces and internet stores, like the Defendant Internet Stores.  In fact, such online marketplaces and stores are estimated to

receive tens of millions of visits per year and to generate over $135 billion in annual online sales. According to an intellectual property rights seizures statistics report issued by the United States Department of Homeland Security, the manufacturer's suggested retail price ("MSRP") of goods seized by the U.S. government in fiscal year 2023 was over $2.7billion. Internet websites like the Defendant Internet Stores are also estimated to contribute to tens of thousands of lost jobs for legitimate businesses and broader economic damages such as lost tax revenue every year.

31.     On personal knowledge and belief, Defendants facilitate sales by designing the Defendants' Internet Stores so that they appear to unknowing consumers to be authorized online retailers, outlet stores, or wholesalers selling genuine FENDER Products. Many of the Defendants' Internet Stores look sophisticated and accept payment in U.S. dollars via credit cards, Western Union, and PayPal. Defendant Internet Stores often include images and design elements that make it very difficult for consumers to distinguish such counterfeit sites from an authorized website.

32.     Defendants further perpetuate the illusion of legitimacy by offering "live 24/7" customer service and using indicia of authenticity and security that consumers have come to associate with authorized retailers, including the McAfee® Security, VeriSign®, Visa®, MasterCard®, and PayPal® logos.

33.     Plaintiff has not licensed or authorized Defendants to use the FENDER Trademarks, and none of the Defendants are an authorized retailer of the genuine FENDER Products.

34.     On personal knowledge and belief, Defendants also deceive unknowing consumers by using without authorization the FENDER Trademarks within the product descriptions, content, text, and/or meta tags of their websites to attract various search engines crawling the Internet looking for websites relevant to consumer searches for FENDER Products. Additionally, upon

information and belief, Defendants use other unauthorized search engine optimization ("SEO") tactics and social media spamming so that the Defendant Internet Stores listings show up at or near the top of relevant search results and misdirect consumers searching for genuine FENDER Products. Further, Defendants utilize similar illegitimate SEO tactics to propel new domain names to the top of search results after others are shut down. As such, Plaintiff also seeks to disable the Defendant Internet Stores owned and/or operated by Defendants that are the means by which Defendants could continue to sell Counterfeit Products into this Judicial District.

35. On information and belief, Defendants go to great lengths to conceal their identities and often use multiple fictitious names and addresses to register and operate their massive network of Defendant Internet Stores. For example, it is common practice for counterfeiters to register their domain names and/or User Accounts with incomplete information, randomly typed letters, or omitted cities or states.

36. On personal knowledge and belief, Defendants regularly create new websites and online marketplace accounts on various platforms using the identities listed in Schedule A to the Complaint, as well as other unknown fictitious names and addresses. Such Defendant Internet Store registration patterns are one of many common tactics used by Defendants to conceal their identities, the full scope and interworking of their massive counterfeiting operation, and to avoid being shut down.

37. On personal knowledge and belief, even though Defendants operate under multiple fictitious names, there are numerous similarities among the Defendant Internet Stores. For example, some of the Defendant marketplace websites have virtually identical layouts, even though different aliases were used to register the respective domain names.

11

38.     In addition, the Counterfeit Products for sale in the Defendants' Internet Stores bear similarities and indicia of being related to one another, suggesting that the Counterfeit Products were manufactured by and come from a common source and that, upon information and belief, Defendants are interrelated.

39.     The Defendant Internet Stores also include other notable common features, including accepted payment methods, check-out methods, metadata, illegitimate SEO tactics, HTML user-defined variables, domain redirection, lack of contact information, identically or similarly priced items and volume sales discounts, similar hosting services, similar name servers, and the use of the same text and images.

40.     In addition, Defendants in this case and defendants in other similar cases against online counterfeiters use a variety of other common tactics to evade enforcement efforts. For example, counterfeiters like Defendants will often register new online marketplace accounts under User Accounts once they receive notice of a lawsuit.[2]

41.     Counterfeiters also often move website hosting to rogue servers located outside the United States once notice of a lawsuit is received. Rogue servers are notorious for ignoring take down demands sent by brand owners.[3]

42.     Counterfeiters also typically ship products in small quantities via international mail to minimize detection by U.S. Customs and Border Protection. A 2012 U.S. Customs and Border

---

[2]https://www.ice.gov/news/releases/buyers-beware-ice-hsi-and-cbp-boston-warn-consumers-about-counterfeit-goods-during (noting counterfeiters are adept at "setting up online stores to lure the public into thinking they are purchasing legitimate good on legitimate websites") (last visited February 19, 2025).

[3] While discussed in the context of false pharma supply chains, rogue internet servers and sellers are a well-known tactic that have even been covered in congressional committee hearings. https://www.govinfo.gov/content/pkg/CHRG-113hhrg88828/html/CHRG-113hhrg88828.htm (last visited February 19, 2025).

Protection report on seizure statistics indicated that the Internet has fueled "explosive growth" in the number of small packages of counterfeit goods shipped through the mail and express carriers.

43. Further, counterfeiters such as Defendants typically operate multiple credit card merchant accounts and PayPal accounts behind layers of payment gateways so that they can continue operation in spite of Plaintiff's enforcement efforts.

44. On personal knowledge and belief, Defendants maintain off-shore bank accounts and regularly move funds from their PayPal accounts to off-shore bank accounts outside the jurisdiction of this Court. Indeed, analysis of PayPal transaction logs from previous similar cases indicates that offshore counterfeiters regularly move funds from U.S.-based PayPal accounts to foreign-based bank accounts outside the jurisdiction of this Court.

45. Defendants, without any authorization or license from Plaintiff, have knowingly and willfully used and continue to use the FENDER Trademarks in connection with the advertisement, distribution, offering for sale, and sale of Counterfeit Products into the United States and Florida over the Internet.

46. Each Defendant Internet Store offers shipping to the United States, including Florida (in this Judicial District) and, on information and belief, each Defendant has offered to sell counterfeit FENDER Products into the United States, including Florida (in this Judicial District).

47. Defendants' use of the FENDER Trademarks in connection with the advertising, distribution, offering for sale, and sale of Counterfeit Products is likely to cause and has caused confusion, mistake, and deception by and among consumers and is irreparably harming Plaintiff.

48. Prior to and contemporaneous with their counterfeiting and infringing actions alleged herein, Defendants had knowledge of Plaintiff's ownership of the FENDER Trademarks, of the fame and incalculable goodwill associated therewith and of the popularity and success of

13

the FENDER Products, and in bad faith proceeded to manufacture, market, develop, offer to be sold, and/or sell the Counterfeit Products.

49. Defendants have been engaging in the illegal counterfeiting and infringing actions, as alleged herein, knowingly and intentionally, or with reckless disregard or willful blindness to Plaintiff's rights, or in bad faith, for the purpose of trading on the goodwill and reputation of Plaintiff and the Products.

### FIRST CAUSE OF ACTION
### TRADEMARK INFRINGEMENT AND COUNTERFEITING (15 U.S.C. § 1114 *et seq.*)

50. Plaintiff repeats and incorporates by reference herein its allegations contained in paragraphs 1-49 of this Complaint.

51. This is a trademark infringement action against Defendants based on their unauthorized use in commerce of counterfeit imitations of the registered FENDER Trademarks in connection with the sale, offering for sale, distribution, and/or advertising of infringing goods. The FENDER Trademarks are highly distinctive marks. Consumers have come to expect the highest quality from Plaintiff's products provided under the FENDER Trademarks.

52. Defendants have sold, offered to sell, marketed, distributed, and advertised, and are still selling, offering to sell, marketing, distributing, and advertising products in connection with the FENDER Trademarks without Plaintiff's permission.



*Exemplar of Genuine Trademarked Product Sold by Plaintiff Through its Online Store*



*Exemplar of Counterfeit Product Sold by Defendants*

53.     Plaintiff is the registered owner of the FENDER Trademarks and official source of

FENDER Products. The United States Registrations for the FENDER Trademarks (Exhibit 1) are

in full force and effect. Upon information and belief, Defendants have knowledge of Plaintiff's

rights in the FENDER Trademarks and are willfully infringing and intentionally using counterfeits

of the FENDER Trademarks. Defendants' willful, intentional, and unauthorized use of the

FENDER Trademarks is likely to cause and is causing confusion, mistake, and deception as to the origin and quality of the counterfeit goods among the general public.

54.    Defendants' activities constitute willful trademark infringement and counterfeiting under 15 U.S.C. §§ 1114, 1117.

55.    The injuries and damages sustained by Plaintiff have been directly and proximately caused by Defendants' wrongful reproduction, use, advertisement, promotion, offering to sell, and sale of Counterfeit Products.

56.    Plaintiff has no adequate remedy at law, and, if Defendants' actions are not enjoined, Plaintiff will continue to suffer irreparable harm to its reputation and the goodwill of its well-known FENDER Trademarks.

## SECOND CAUSE OF ACTION
### FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a) *et seq.*)

57.    Plaintiff repeats and incorporates by reference herein its allegations contained in paragraphs 1-49 of this Complaint.

58.    Defendants' promotion, marketing, offering for sale, and sale of counterfeit FENDER products has created and is creating a likelihood of confusion, mistake, and deception among the general public as to the affiliation, connection, or association with Plaintiff or the origin, sponsorship, or approval of Defendants' Counterfeit Products by Plaintiff.

59.    By using the FENDER Trademarks in connection with the sale of counterfeit FENDER products, Defendants create a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the Counterfeit Products.

60.    Defendants' conduct constitutes willful false designation of origin and misrepresentation of fact as to the origin and/or sponsorship of the Counterfeit Products to the general public under 15 U.S.C. §§ 1114, 1125.

16

61. Plaintiff has no adequate remedy at law, and, if Defendants' actions are not enjoined, Plaintiff will continue to suffer irreparable harm to its reputation and the goodwill of its brand.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment on all Counts of this Complaint and an award of equitable and monetary relief against Defendants as follows:

1. That Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

 a. using the FENDER Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine FENDER Product or is not authorized by Plaintiff to be sold in connection with the FENDER Trademarks;

 b. passing off, inducing, or enabling others to sell or pass off any product as a genuine FENDER Product or any other product produced by Plaintiff that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the FENDER Trademarks;

 c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

 d. further infringing the FENDER Trademarks and damaging Plaintiff's goodwill;

17

e. shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any Plaintiff trademark, including the FENDER Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof;

f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or Online Marketplace Account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products; and

g. operating and/or hosting websites at the Defendant Domain Names that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the FENDER Trademarks or any reproduction, counterfeit copy or colorable imitation thereof that is not a genuine FENDER Product or not authorized by Plaintiff to be sold in connection with the FENDER Trademarks.

2. Entry of an Order that AliExpress, Amazon, DHgate, Ebay, Etsy, Temu, TikTok and Walmart:

a. disable and cease providing services for any accounts through which Defendants engage in the sale of Counterfeit Products, including any accounts associated with Defendants listed on Schedule A;

b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of Counterfeit Products; and

18

c.      take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

3.      That Defendants account for and pay to Plaintiff all profits realized by Defendants by reason of Defendants' unlawful acts herein alleged, and that the amount of damages for infringement of the FENDER Trademarks be increased by a sum not exceeding three times the amount thereof as provided by 15 U.S.C. § 1117.

4.      In the alternative, that Plaintiff be awarded statutory damages pursuant to 15 U.S.C. § 1117(c) of not less than $1,000 and not more than $2,000,000 for each and every use of the FENDER Trademarks.

5.      That Plaintiff be awarded its reasonable attorneys' fees and costs; and

6.      Award any and all other relief that this Court deems just and proper.

Dated:    February 25, 2025                    Respectfully submitted,

                                               **BOIES SCHILLER FLEXNER LLP**

                                               */s/ Nicole Fundora*
                                               Nicole Fundora (FL Bar No. 1010231)
                                               100 SE 2nd Street
                                               Suite 2800
                                               Miami, FL 33131
                                               Tel: (305) 539-8400
                                               nfundora@bsfllp.com

                                               *Counsel for Plaintiff FENDER MUSICAL INSTRUMENTS CORPORATION*

19

# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# FENDER

**Reg. No. 4,302,401**

**Registered Mar. 12, 2013**

**Int. Cls.: 9 and 15**

**TRADEMARK**

**PRINCIPAL REGISTER**

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
17600 N. PERIMETER DRIVE
SUITE 100
SCOTTSDALE, AZ 852555440

FOR: GUITAR CABLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

FOR: CAPOS; CASES FOR MUSICAL INSTRUMENTS; GUITAR ACCESSORIES, NAMELY, GUITAR SLIDES; GUITAR PICKS; GUITAR STRAPS; GUITAR STRINGS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 0-0-1965; IN COMMERCE 0-0-1965.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 805,075, 3,419,612, AND OTHERS.

SN 85-481,682, FILED 11-28-2011.

ESTHER BELENKER, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

<div style="border: 1px solid black; padding: 10px;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border: 1px solid black; padding: 10px;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, July 5, 2023 11:17 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Cc:** | zhunsaker@fender.com ; trademarks@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 4302401: FENDER |

**U.S. Serial Number:** 85481682
**U.S. Registration Number:** 4302401
**U.S. Registration Date:** Mar 12, 2013
**Mark:** FENDER
**Owner:** Fender Musical Instruments Corporation

Jul 5, 2023

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85481682&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85481682&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cls.: 2, 21 and 36

**Reg. No. 2,438,508**

## United States Patent and Trademark Office

Registered Mar. 27, 2001

### TRADEMARK
### PRINCIPAL REGISTER

## JAZZMASTER

FENDER MUSICAL INSTRUMENTS CORPORA-
TION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS, IN CLASS 15 (U.S.
CLS. 2, 21 AND 36).

FIRST USE 8-1-1958; IN COMMERCE 8-1-1958.

SER. NO. 76-010,261, FILED 3-27-2000.

BARBARA GAYNOR, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, June 19, 2021 11:01 PM |
| **To:** | trademarks@fender.com |
| **Cc:** | drlewis@fender.com ;  adarroodi@fender.com ;  rkim@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2438508: JAZZMASTER |

**U.S. Serial Number:**  76010261
**U.S. Registration Number:**  2438508
**U.S. Registration Date:**  Mar 27, 2001
**Mark:**  JAZZMASTER
**Owner:**  Fender Musical Instruments Corporation

Jun 19, 2021

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=76010261&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=76010261&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America

## United States Patent and Trademark Office

## FENDER

**Reg. No. 805,075**

**Registered Mar. 8, 1966**

**Amended July 12, 2016**

**Int. Cls.: 9 and 15**

**TRADEMARK**

**PRINCIPAL REGISTER**

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
17600 N. PERIMETER DRIVE
SUITE 100
SCOTTSDALE, AZ 852555440

FOR: ELECTRIC APPARATUS FOR USE WITH GUITARS AND FOR OTHER PURPOSES---NAMELY, AMPLIFIERS, LOUDSPEAKERS, [ ECHO CHAMBERS, AND REVERBERATION UNITS; ] AND COMPONENTS AND ACCESSORIES FOR SUCH ELECTRICAL APPARATUS---NAMELY, AMPLIFIER CORDS, [ AMPLIFIER CARRIERS, ] AMPLIFIER COVERS, FOOT PEDAL CONTROLS, [ SWITCHES, ] AMPLIFIER HANDLES, AMPLIFIER KNOBS, AMPLI-FIER CORNERS, AMPLIFIER VOLUME AND TONE CONTROLS, SPEAKER CABINETS, [ AMPLIFIER TUBE SHIELDS, AMPLIFIER THUMB-SCREWS, ] AND AMPLIFIER LEGS [, AND TAPE CARTRIDGES ], IN CLASS 9 (INT. CL. 9).

FIRST USE 0-0-1945; IN COMMERCE 0-0-1946.

FOR: MUSICAL INSTRUMENTS---NAMELY, ELECTRIC SPANISH GUITARS, [ ELECTRIC MANDOLINS, ] ELECTRIC BASSES, ACOUSTIC GUITARS, [ PEDAL STEEL GUITARS, AND STEEL GUITARS; ] AND COMPONENTS AND ACCESSORIES FOR GUITARS AND THE LIKE---NAMELY, [ LEGS, ] CASES, BAGS, STRINGS, POLISH, [ WAIST BELTS, STANDS, ] PICKS, [ STEELS, ] NECKS, HEADS, PICKUPS, PICKUP COVERS, PICKGUARDS, BRIDGE COVERS, TREMOLO HANDLES, CONTROL KNOBS, AND STRAPS, IN CLASS 15 (INT. CL. 15).

FIRST USE 0-0-1945; IN COMMERCE 0-0-1946.

SER. NO. 72-225,091, FILED 8-6-1965.



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, August 1, 2016 11:00 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0805075: FENDER: Docket/Reference No. 7209.041 |

**Serial Number:**  72225091
**Registration Number:**  0805075
**Registration Date:**  Mar 8, 1966
**Mark:**  FENDER
**Owner:**  FENDER MUSICAL INSTRUMENTS CORPORATION

Aug 1, 2016

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
009, 015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=72225091.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

Renewal

Reg. No. 839,997
Registered Dec. 5, 1967
OG Date June 14, 1988

## TRADEMARK
## PRINCIPAL REGISTER

## STRATOCASTER

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
1130 COLUMBIA ST.
BREA, CA 92621, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME FROM COLUMBIA BROADCASTING SYSTEM, INC. (NEW YORK CORPORATION) NEW YORK, NY

FOR: ELECTRIC GUITARS, IN CLASS 36 (INT. CL. 15).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

SER. NO. 270,186, FILED 4-28-1967.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 14, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**839,997**
Registered Dec. 5, 1967

## PRINCIPAL REGISTER
### Trademark

Ser. No. 270,186, filed Apr. 28, 1967

## STRATOCASTER

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: ELECTRIC GUITARS, in CLASS 36.
First use in or about 1954; in commerce in or about 1954.

C. A. MARLOW, *Examiner.*

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, June 9, 2017 11:01 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0839997: STRATOCASTER: Docket/Reference No. 7209.074 |

**U.S. Serial Number:**  72270186
**U.S. Registration Number:**  0839997
**U.S. Registration Date:**  Dec 5, 1967
**Mark:**  STRATOCASTER
**Owner:**  FENDER MUSICAL INSTRUMENTS CORPORATION

Jun 9, 2017

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72270186&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72270186&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent Office

**Reg. No. 1,058,386**
Registered Feb. 8, 1977

## TRADEMARK
**Principal Register**

## TELE

CBS Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: ELECTRIC GUITARS, in CLASS 15 (U.S. CL. 36).

First use on or about Apr. 16, 1976; in commerce on or about Apr. 16, 1976.

Owner of Reg. No. 871,794.

Ser. No. 91,722, filed June 28, 1976.

CHARLES R. FOWLER, Supervisory Examiner

J. D. SAMS, Examiner

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Sunday, February 19, 2017 11:16 PM |
| To: | tmapps@goldbergkohn.com |
| Subject: | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1058386: TELE: Docket/Reference No. 7209.057 |

**U.S. Serial Number:** 73091722
**U.S. Registration Number:** 1058386
**U.S. Registration Date:** Feb 8, 1977
**Mark:** TELE
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Feb 19, 2017

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73091722&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73091722&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | | Print |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-01 05:21:52 EDT |
| Mark: | TELE |

# TELE

| | | | |
|---|---|---|---|
| US Serial Number: | 73091722 | Application Filing Date: | Jun. 28, 1976 |
| US Registration Number: | 1058386 | Registration Date: | Feb. 08, 1977 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

| | |
|---|---|
| Status: | The registration has been renewed. |
| Status Date: | Feb. 19, 2017 |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | FENDER MUSICAL INSTRUMENTS CORPORATION | | |
| Owner Address: | 1575 N. Gower Street, Suite 170 Los Angeles, CALIFORNIA UNITED STATES 90028 | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information

**Summary**

Conveyance Filter

| | | | |
|---|---|---|---|
| Total Assignments: | 26 | Registrant: | CBS INC. |

**Assignment 1 of 26**

| | | | |
|---|---|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| Reel/Frame: | 0490/0539 | Pages: | 4 |
| Date Recorded: | Mar. 22, 1985 | | |
| Supporting Documents: | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | CBS, INC. | Execution Date: | Mar. 11, 1985 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | NEW YORK |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | FENDER MUSICAL INSTRUMENTS CORPORATION | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |
| Address: | 1300 EAST VALENCIA DR. | | |

FULLERTON, CALIFORNIA 92631

**Correspondent**

**Correspondent Name:**  GAUSEWITZ, CARR, ET AL.

**Correspondent Address:**  BANK OF AMERICA TOWER
STE. 830
ONE CITY BLVD. W.
ORANGE, CA 92668

**Domestic Representative - Not Found**

### Assignment 2 of 26

### Assignment 3 of 26

### Assignment 4 of 26

### Assignment 5 of 26

### Assignment 6 of 26

### Assignment 7 of 26

### Assignment 8 of 26

### Assignment 9 of 26

### Assignment 10 of 26

### Assignment 11 of 26

### Assignment 12 of 26

### Assignment 13 of 26

### Assignment 14 of 26

### Assignment 15 of 26

### Assignment 16 of 26

### Assignment 17 of 26

### Assignment 18 of 26

### Assignment 19 of 26

### Assignment 20 of 26

### Assignment 21 of 26

### Assignment 22 of 26

### Assignment 23 of 26

### Assignment 24 of 26

### Assignment 25 of 26

### Assignment 26 of 26

**Proceedings - Click to Load**

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

Reg. No. 884,159
Registered Jan. 13, 1970

10 Year Renewal

Renewal Approved Jan. 16, 1990

## TRADEMARK
## PRINCIPAL REGISTER

### PRECISION BASS

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
1130 COLUMBIA STREET
BREA, CA 92621, ASSIGNEE BY ASSIGNMENT AND CHANGE OF NAME COLUMBIA BROADCASTING SYSTEM, INC. (NEW YORK CORPORATION) NEW YORK, NY

APPLICANT DISCLAIMS THE WORD "BASS" APART FROM THE MARK AS SHOWN.

FOR: BASS GUITARS, IN CLASS 36 (INT. CL. 15).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

SER. NO. 72-314,187, FILED 12-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**884,159**
Registered Jan. 13, 1970

## PRINCIPAL REGISTER
**Trademark**

Ser. No. 314,187, filed Dec. 11, 1968

# PRECISION BASS

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: BASS GUITARS, in CLASS 36 (INT. CL. 15).
First use in or about 1954; in commerce in or about 1954.

Applicant disclaims the word "Bass" apart from the mark as shown.

C. A. MARLOW, Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, February 14, 2019 11:01 PM |
| **To:** | trademarks@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0884159: PRECISION BASS |

**U.S. Serial Number:** 72314187
**U.S. Registration Number:** 0884159
**U.S. Registration Date:** Jan 13, 1970
**Mark:** PRECISION BASS
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Feb 14, 2019

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72314187&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72314187&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent Office

**Reg. No. 1,062,732**
Registered Apr. 5, 1977

## TRADEMARK
### Principal Register

# P BASS

CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y.   10019

For: ELECTRIC BASS GUITARS, in CLASS 15 (U.S. CL. 36).

First use on or about Apr. 16, 1976; in commerce on or about Apr. 16, 1976.

Applicant disclaims the word "Bass" apart from the mark as shown.

Owner of Reg. No. 884,159.

Ser. No. 91,720, filed June 28, 1976.

CHARLES R. FOWLER, Supervisory Examiner

J. D. SAMS, Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Sunday, February 19, 2017 11:16 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1062732: P BASS: Docket/Reference No. 7209.060 |

**U.S. Serial Number:**  73091720
**U.S. Registration Number:**  1062732
**U.S. Registration Date:**  Apr 5, 1977
**Mark:**  P BASS
**Owner:**  FENDER MUSICAL INSTRUMENTS CORPORATION

Feb 19, 2017

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73091720&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73091720&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cl.: 36

## United States Patent Office

**Reg. No. 1,058,385**
Registered Feb. 8, 1977

## TRADEMARK
### Principal Register

## STRAT

CBS Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: ELECTRIC GUITARS, in CLASS 15 (U.S. CL. 36).

First use on or about Apr. 16, 1976; in commerce on or about Apr. 16, 1976.

Owner of Reg. No. 839,843.

Ser. No. 91,721, filed June 28, 1976.

CHARLES R. FOWLER, Supervisory Examiner

J. D. SAMS, Examiner

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Monday, February 20, 2017 11:00 PM |
| To: | tmapps@goldbergkohn.com |
| Subject: | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1058385: STRAT: Docket/Reference No. 7209.058 |

**U.S. Serial Number:** 73091721
**U.S. Registration Number:** 1058385
**U.S. Registration Date:** Feb 8, 1977
**Mark:** STRAT
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Feb 20, 2017

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\****

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73091721&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73091721&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

**Generated on:** This page was generated by TSDR on 2023-09-01 05:14:35 EDT

**Mark:** STRAT

# STRAT

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73091721 | **Application Filing Date:** | Jun. 28, 1976 |
| **US Registration Number:** | 1058385 | **Registration Date:** | Feb. 08, 1977 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Feb. 20, 2017

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | FENDER MUSICAL INSTRUMENTS CORPORATION |
| **Owner Address:** | 1575 N. Gower Street, Suite 170 Los Angeles, CALIFORNIA UNITED STATES 90028 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information

**Summary** | | Conveyance Filter

| | | | |
|---|---|---|---|
| **Total Assignments:** | 26 | **Registrant:** | CBS INC. |

**Assignment 1 of 26**

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0490/0539 | **Pages:** | 4 |
| **Date Recorded:** | Mar. 22, 1985 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | CBS, INC. | **Execution Date:** | Mar. 11, 1985 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | NEW YORK |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | FENDER MUSICAL INSTRUMENTS CORPORATION | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1300 EAST VALENCIA DR. | | |

FULLERTON, CALIFORNIA 92631

**Correspondent**

**Correspondent Name:** GAUSEWITZ, CARR, ET AL.

**Correspondent Address:** BANK OF AMERICA TOWER
STE. 830
ONE CITY BLVD. W.
ORANGE, CA 92668

**Domestic Representative - Not Found**

### Assignment 2 of 26

### Assignment 3 of 26

### Assignment 4 of 26

### Assignment 5 of 26

### Assignment 6 of 26

### Assignment 7 of 26

### Assignment 8 of 26

### Assignment 9 of 26

### Assignment 10 of 26

### Assignment 11 of 26

### Assignment 12 of 26

### Assignment 13 of 26

### Assignment 14 of 26

### Assignment 15 of 26

### Assignment 16 of 26

### Assignment 17 of 26

### Assignment 18 of 26

### Assignment 19 of 26

### Assignment 20 of 26

### Assignment 21 of 26

### Assignment 22 of 26

### Assignment 23 of 26

### Assignment 24 of 26

### Assignment 25 of 26

### Assignment 26 of 26

**Proceedings - Click to Load**

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,060,024**

## United States Patent and Trademark Office

Registered Feb. 21, 2006

### TRADEMARK
#### PRINCIPAL REGISTER

# FENDER

FENDER MUSICAL INSTRUMENTS CORPORA-
TION (DELAWARE CORPORATION)
SUITE 100
8860 E. CHAPARRAL ROAD
SCOTTSDALE, AZ 85250

FOR: CLOTHING, NAMELY ATHLETIC FOOT-
WEAR, BANDANAS, BASEBALL CAPS, BATHING
SUITS, BATHING TRUNKS, BATHROBES, BEACH-
WEAR, BELTS, BERETS, CLOTH BIBS, BLAZERS,
BLOUSES, BODY SUITS, BOMBER JACKETS,
BOOTS, BOW TIES, BOXER SHORTS, BRAS, BRIEFS,
BUSTIERS, CAMISOLES, CAPES, CAPRIS, CAPS,
CARDIGANS, CASUAL SOCKS, CHEMISES, CHI-
NOS, COATS, COLLARS, COVERALLS, CUFFS,
CUMBERBUNDS, DOWN-FILLED JACKETS, DRES-
SES, EAR MUFFS, FLANNEL SHIRTS, FOOTWEAR,
SUITS AND DRESSES, GLOVES, GOLF SHIRTS,
GOWNS, GYM SHORTS, HALTER TOPS, HATS,
HEADBANDS, HOUSECOATS, INFANTWEAR,
JACKETS, JEANS, JERSEYS, JOGGING SUITS, JUM-
PERS, JUMPSUITS, KERCHIEFS, KHAKI PANTS,
KNIT SHIRTS, LEGGINGS, LEOTARDS, LINGERIE,
MITTENS, MOCCASINS, MOTORCYCLE BOOTS,
NECKERCHIEFS, NECKWEAR, NIGHT SHIRTS,
OVERALLS, OVERCOATS, PAJAMAS, PANTS, PAN-
TYHOSE, POLO SHIRTS, PONCHOS, PULLOVERS,
RAIN WEAR, ROBES, RUGBY SHIRTS, SANDALS,
SCARVES, SHAWLS, SHELLS, SHIRTS, SHORTS,
SKI WEAR, SKIRTS, SLACKS, SLEEPWEAR, SLIP-
PERS, SMOCKS, SMOKING JACKETS, SNEAKERS,
SOCKS, SPORT COATS, SPORT SHIRTS, SPORTS
JERSEYS, STOCKINGS, SUITS, SUN DRESSES, SUS-
PENDERS, SWIM WEAR, SWEAT PANTS, SWEAT
SHIRTS, SWEAT SHORTS, SWEATERS, TANK TOPS,
TIES, TIGHTS, TOPCOATS, TOPS, TROUSERS, T-
SHIRTS, TUBE TOPS, TUNICS, TURTLENECKS,
UNDERGARMENTS, VESTS, WAISTCOATS,
WALKING SHORTS, WARM-UP SUITS, WRAPS,
AND WRISTBANDS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 805,510, 2,385,810 AND
OTHERS.

SER. NO. 78-458,293, FILED 7-28-2004.

JOHN HWANG, EXAMINING ATTORNEY

| **From:** | TMOfficialNotices@USPTO.GOV |
|---|---|
| **Sent:** | Friday, June 5, 2015 11:01 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3060024: FENDER: Docket/Reference No. 7209.033 |

**Serial Number:** 78458293
**Registration Number:** 3060024
**Registration Date:** Feb 21, 2006
**Mark:** FENDER
**Owner:** Fender Musical Instruments Corporation

Jun 5, 2015

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=78458293.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States of America
## United States Patent and Trademark Office

# FENDER

**Reg. No. 6,850,472**

**Registered Sep. 20, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Fender Musical Instruments Corporation  (DELAWARE CORPORATION)
1575 N. Gower Street, Suite 170
Los Angeles, CALIFORNIA 90028

CLASS 28: Toy model guitars

FIRST USE 2-13-2021; IN COMMERCE 2-13-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-892,145, FILED 08-19-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



<div style="border:1px solid">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 15**

**Prior U.S. Cl.: 36**

## United States Patent and Trademark Office

**Reg. No. 1,148,870**
Registered Mar. 24, 1981

### TRADEMARK
**Principal Register**



CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y. 10019

For: ELECTRIC GUITARS AND ELECTRIC BASS GUITARS, in CLASS 15 (U.S. Cl. 36).

First use 1951; in commerce 1951.

Applicant hereby disclaims the straight side of the head profile apart from the mark as shown, such straight portion being, in the illustrated head profile of a conventional right-handed guitar, the inclined straight edge shown at the left.

The mark consists of the profile or outline of the head of an electric guitar or electric bass guitar.

Ser. No. 70,670, filed Dec. 3, 1975.

J. TINGLEY, Primary Examiner

| **From:** | TMOfficialNotices@USPTO.GOV |
|---|---|
| **Sent:** | Thursday, December 9, 2021 11:01 PM |
| **To:** | trademarks@fender.com |
| **Cc:** | drobinson@fender.com ; zhunsaker@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1148870: Miscellaneous Design: Docket/Reference No. 7209.107 |

**U.S. Serial Number:**  73070670
**U.S. Registration Number:**  1148870
**U.S. Registration Date:**  Mar 24, 1981
**Mark:**  Miscellaneous Design
**Owner:**  FENDER MUSICAL INSTRUMENTS CORPORATION

Dec 9, 2021

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73070670&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73070670&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**



FULLERTON, CALIFORNIA 92631

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | GAUSEWITZ, CARR, ET AL. |
| **Correspondent Address:** | BANK OF AMERICA TOWER<br>STE. 830<br>ONE CITY BLVD. W.<br>ORANGE, CA 92668 |

**Domestic Representative - Not Found**

▲ **Assignment 2 of 26**

▲ **Assignment 3 of 26**

▲ **Assignment 4 of 26**

▲ **Assignment 5 of 26**

▲ **Assignment 6 of 26**

▲ **Assignment 7 of 26**

▲ **Assignment 8 of 26**

▲ **Assignment 9 of 26**

▲ **Assignment 10 of 26**

▲ **Assignment 11 of 26**

▲ **Assignment 12 of 26**

▲ **Assignment 13 of 26**

▲ **Assignment 14 of 26**

▲ **Assignment 15 of 26**

▲ **Assignment 16 of 26**

▲ **Assignment 17 of 26**

▲ **Assignment 18 of 26**

▲ **Assignment 19 of 26**

▲ **Assignment 20 of 26**

▲ **Assignment 21 of 26**

▲ **Assignment 22 of 26**

▲ **Assignment 23 of 26**

▲ **Assignment 24 of 26**

▲ **Assignment 25 of 26**

▲ **Assignment 26 of 26**

▲ **Proceedings - Click to Load**

**Int. Cl.: 15**

**Prior U.S. Cl.: 36**

# United States Patent and Trademark Office

**Reg. No. 1,148,869**
Registered Mar. 24, 1981

## TRADEMARK
### Principal Register



CBS Inc. (New York corporation)
51 W. 52 St.
New York, N.Y. 10019

For: ELECTRIC GUITARS AND ELECTRIC BASS GUITARS, in CLASS 15 (U.S. Cl. 36).
First use 1955; in commerce 1955.
Applicant hereby disclaims the straight portion of the head profile apart from the mark as shown, such straight portion being, in the illustrated head profile of a conventional right-handed guitar, the inclined straight edge shown at the left.

The mark consists of the profile or outline of the head of an electric guitar or electric bass guitar.

Ser. No. 70,669, filed Dec. 3, 1975.

G. T. GLYNN, Primary Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, December 9, 2021 11:01 PM |
| **To:** | trademarks@fender.com |
| **Cc:** | drobinson@fender.com ;  zhunsaker@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1148869: Miscellaneous Design: Docket/Reference No. 7209.108 |

**U.S. Serial Number:**  73070669
**U.S. Registration Number:**  1148869
**U.S. Registration Date:**  Mar 24, 1981
**Mark:**  Miscellaneous Design
**Owner:**  FENDER MUSICAL INSTRUMENTS CORPORATION

Dec 9, 2021

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73070669&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73070669&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE |
|---|---|---|



Back to Search     🖶   Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-10-03 07:36:16 EDT |
| **Mark:** | |

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73070669 | **Application Filing Date:** | Dec. 03, 1975 |
| **US Registration Number:** | 1148869 | **Registration Date:** | Mar. 24, 1981 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | The Trademark Trial and Appeal Board has terminated a cancellation proceeding. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | Mar. 30, 2021 | | |
| **Publication Date:** | May 02, 1978 | | |

▲ **Mark Information**     ▼ Expand All

▲ **Goods and Services**

▲ **Basis Information (Case Level)**

▼ **Current Owner(s) Information**

| | | | |
|---|---|---|---|
| **Owner Name:** | FENDER MUSICAL INSTRUMENTS CORPORATION | | |
| **Owner Address:** | 1575 N. Gower Street, Suite 170<br>Los Angeles, CALIFORNIA UNITED STATES 90028 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

▲ **Attorney/Correspondence Information**

▲ **Prosecution History**

▲ **TM Staff and Location Information**

▼ **Assignment Abstract Of Title Information**

| Summary | | ▼ Conveyance Filter |
|---|---|---|
| **Total Assignments:** 26 | | **Registrant:** CBS Inc. |

▼ **Assignment 1 of 26**     ▼ Expand All

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL | | |
| **Reel/Frame:** | 0490/0539 | **Pages:** | 4 |
| **Date Recorded:** | Mar. 22, 1985 | | |
| **Supporting Documents:** | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | CBS, INC. | **Execution Date:** | Mar. 11, 1985 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | NEW YORK |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | FENDER MUSICAL INSTRUMENTS CORPORATION | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1300 EAST VALENCIA DR. | | |

FULLERTON, CALIFORNIA 92631

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | GAUSEWITZ, CARR, ET AL. |
| **Correspondent Address:** | BANK OF AMERICA TOWER<br>STE. 830<br>ONE CITY BLVD. W.<br>ORANGE, CA 92668 |

**Domestic Representative - Not Found**

▲ **Assignment 2 of 26**

▲ **Assignment 3 of 26**

▲ **Assignment 4 of 26**

▲ **Assignment 5 of 26**

▲ **Assignment 6 of 26**

▲ **Assignment 7 of 26**

▲ **Assignment 8 of 26**

▲ **Assignment 9 of 26**

▲ **Assignment 10 of 26**

▲ **Assignment 11 of 26**

▲ **Assignment 12 of 26**

▲ **Assignment 13 of 26**

▲ **Assignment 14 of 26**

▲ **Assignment 15 of 26**

▲ **Assignment 16 of 26**

▲ **Assignment 17 of 26**

▲ **Assignment 18 of 26**

▲ **Assignment 19 of 26**

▲ **Assignment 20 of 26**

▲ **Assignment 21 of 26**

▲ **Assignment 22 of 26**

▲ **Assignment 23 of 26**

▲ **Assignment 24 of 26**

▲ **Assignment 25 of 26**

▲ **Assignment 26 of 26**

▲ **Proceedings - Click to Load**



# United States of America
### United States Patent and Trademark Office

# FENDER

**Reg. No. 4,151,702**

**Registered May 29, 2012**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
17600 N. PERIMETER DRIVE
SUITE 100
SCOTTSDALE, AZ 852555440

FOR: CHRISTMAS TREE ORNAMENTS; JIGSAW PUZZLES; LOTTERY TICKETS; TOY MODEL GUITARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-5-2011; IN COMMERCE 7-5-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 805,075, 3,873,690, AND OTHERS.

SN 85-375,387, FILED 7-19-2011.

JORDAN BAKER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

<div style="border:1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, November 28, 2022 11:17 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Cc:** | zhunsaker@fender.com ;  trademarks@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 4151702: FENDER |

**U.S. Serial Number:**  85375387
**U.S. Registration Number:**  4151702
**U.S. Registration Date:**  May 29, 2012
**Mark:**  FENDER
**Owner:**  Fender Musical Instruments Corporation

Nov 28, 2022

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
028

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=85375387&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=85375387&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cls.: 2, 21 and 36

Reg. No. 1,999,898

## United States Patent and Trademark Office   Registered Sep. 10, 1996

### TRADEMARK
### PRINCIPAL REGISTER

## JAGUAR

FENDER MUSICAL INSTRUMENTS CORPO-
RATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS, IN CLASS 15
(U.S. CLS. 2, 21 AND 36).

FIRST   USE   1-0-1993;   IN   COMMERCE
1-0-1993.

SER. NO. 75-000,051, FILED 10-2-1995.

JEFFERY FRAZIER, EXAMINING ATTORNEY

**Int. Cl.: 15**

**Prior U.S. Cls.: 2, 21 and 36**

**Reg. No. 1,999,898**

## United States Patent and Trademark Office

Registered Sep. 10, 1996

### TRADEMARK
### PRINCIPAL REGISTER

### JAGUAR

FENDER MUSICAL INSTRUMENTS CORPO-
RATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS, IN CLASS 15
(U.S. CLS. 2, 21 AND 36).

FIRST   USE   1-0-1993;   IN   COMMERCE
1-0-1993.

SER. NO. 75-000,051, FILED 10-2-1995.

JEFFERY FRAZIER, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, May 2, 2016 11:01 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1999898: JAGUAR: Docket/Reference No. 7209.047 |

**Serial Number:** 75000051
**Registration Number:** 1999898
**Registration Date:** Sep 10, 1996
**Mark:** JAGUAR
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

May 2, 2016

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=75000051.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 882,884

Registered Dec. 23, 1969

Renewal Approved Jan. 16, 1990

# TRADEMARK
# PRINCIPAL REGISTER

## JAZZ BASS

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPO-RATION)
1130 COLUMBIA STREET
BREA, CA 92621, ASSIGNEE BY AS-SIGNMENT AND CHANGE OF NAME COLUMBIA BROADCASTING SYSTEM, INC. (NEW YORK CORPO-RATION) NEW YORK, NY

APPLICANT DISCLAIMS THE WORD "BASS" APART FROM THE MARK AS SHOWN.

FOR: BASS GUITARS, IN CLASS 36 (INT. CL. 15).

FIRST USE 0-0-1957; IN COMMERCE 0-0-1957.

SER. NO. 72-314,134, FILED 12-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 27, 1990.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**882,884**
Registered Dec. 23, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 314,134, filed Dec. 11, 1968

## JAZZ BASS

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: BASS GUITARS, in CLASS 36 (INT. CL. 15).
First use in or about 1957; in commerce in or about 1957.

Applicant disclaims the word "Bass" apart from the mark as shown.

C. A. MARLOW, Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, April 1, 2019 11:02 PM |
| **To:** | trademarks@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0882884: JAZZ BASS |

**U.S. Serial Number:** 72314134
**U.S. Registration Number:** 0882884
**U.S. Registration Date:** Dec 23, 1969
**Mark:** JAZZ BASS
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Apr 1, 2019

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72314134&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72314134&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 15

Prior U.S. Cls.: 2, 21 and 36

**United States Patent and Trademark Office**   Reg. No. 1,998,339
Registered Sep. 3, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## MUSTANG

FENDER MUSICAL INSTRUMENTS CORPO-
RATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS, IN CLASS 15
(U.S. CLS. 2, 21 AND 36).

FIRST   USE   1–0–1993;   IN   COMMERCE
1–0–1993.

SER. NO. 75–000,052, FILED 10–2–1995.

JEFFERY FRAZIER, EXAMINING ATTORNEY

Int. Cl.: 15

Prior U.S. Cls.: 2, 21 and 36

Reg. No. 1,998,339

## United States Patent and Trademark Office

Registered Sep. 3, 1996

## TRADEMARK
## PRINCIPAL REGISTER

## MUSTANG

FENDER MUSICAL INSTRUMENTS CORPORATION (DELAWARE CORPORATION)
7975 NORTH HAYDEN ROAD
SCOTTSDALE, AZ 85258

FOR: ELECTRIC GUITARS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 1-0-1993; IN COMMERCE 1-0-1993.

SER. NO. 75-000,052, FILED 10-2-1995.

JEFFERY FRAZIER, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, April 30, 2016 11:01 PM |
| **To:** | tmapps@goldbergkohn.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1998339: MUSTANG: Docket/Reference No. 7209.045 |

**Serial Number:** 75000052
**Registration Number:** 1998339
**Registration Date:** Sep 3, 1996
**Mark:** MUSTANG
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Apr 30, 2016

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
015

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=75000052.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States Patent Office

871,794
Registered June 24, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 314,199, filed Dec. 11, 1968

## TELECASTER

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: GUITARS, in CLASS 36 (INT. CL. 15).
First use in or about 1949; in commerce in or about 1949.

C. A. MARLOW, *Examiner.*

# United States Patent Office

**871,794**
Registered June 24, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 314,199, filed Dec. 11, 1968

## TELECASTER

Columbia Broadcasting System, Inc. (New York corporation)
51 W. 52nd St.
New York, N.Y.   10019

For: GUITARS, in CLASS 36 (INT. CL. 15).
First use in or about 1949; in commerce in or about 1949.

C. A. MARLOW, *Examiner.*

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, July 9, 2018 11:02 PM |
| **To:** | trademarks@fender.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 0871794: TELECASTER |

**U.S. Serial Number:** 72314199
**U.S. Registration Number:** 0871794
**U.S. Registration Date:** Jun 24, 1969
**Mark:** TELECASTER
**Owner:** FENDER MUSICAL INSTRUMENTS CORPORATION

Jul 9, 2018

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059.  **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
036

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=72314199&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=72314199&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|---|---|---|---|---|---|

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2023-09-01 05:18:53 EDT |
| Mark: | TELECASTER |

# TELECASTER

| | | | |
|---|---|---|---|
| US Serial Number: | 72314199 | Application Filing Date: | Dec. 11, 1968 |
| US Registration Number: | 871794 | Registration Date: | Jun. 24, 1969 |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | | LIVE/REGISTRATION/Issued and Active | |
| | | The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | |
| Status Date: | Jul. 09, 2018 | | |

## Mark Information

## Related Properties Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information

| **Summary** | | | Conveyance Filter | |
|---|---|---|---|---|
| Total Assignments: | 28 | Registrant: | COLUMBIA BROADCASTING SYSTEM, INC. | |

**Assignment 1 of 28**

| | | | |
|---|---|---|---|
| Conveyance: | CHANGE OF NAME 19740418 | | |
| Reel/Frame: | 0266/0455 | Pages: | 11 |
| Date Recorded: | May 14, 1975 | | |
| Supporting Documents: | No Supporting Documents Available | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | COLUMBIA BROADCASTING SSYSTEM, INC. | Execution Date: | Jan. 13, 1975 |
| Legal Entity Type: | UNKNOWN | State or Country Where Organized: | No Place Where Organized Found |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | CBS INC. | State or Country Where Organized: | No Place Where Organized Found |
| Legal Entity Type: | UNKNOWN | | |
| Address: | No Assignee Address Found | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | GAUSEWUITZ, CARR & ROTHENBERG |
| Correspondent Address: | UNION BANK SQUARE |
| | SUITE 711 SOUTH TOWER |
| | ORANGE, CA 92668 |

**Domestic Representative - Not Found**

### Assignment 2 of 28

| | |
|---|---|
| **Conveyance:** | CHANGE OF NAME 19740418 |
| **Reel/Frame:** | **0378/0545** | **Pages:** 12 |
| **Date Recorded:** | Oct. 20, 1980 |
| **Supporting Documents:** | No Supporting Documents Available |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **COLUMBIA BROADCASTING SYSTEM INC.** | **Execution Date:** | Aug. 04, 1980 |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place Where Organized Found |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **CBS INC.** | | |
| **Legal Entity Type:** | UNKNOWN | **State or Country Where Organized:** | No Place Where Organized Found |
| **Address:** | No Assignee Address Found | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | GAUSEWITZ, CARR ET AL. |
| **Correspondent Address:** | BANK OF AMERICA TOWER STE. 830, ONE CITY BLVD. WEST ORANGE, CA 92668 |

**Domestic Representative - Not Found**

### Assignment 3 of 28

| | |
|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |
| **Reel/Frame:** | **0490/0539** | **Pages:** 4 |
| **Date Recorded:** | Mar. 22, 1985 |
| **Supporting Documents:** | No Supporting Documents Available |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **CBS, INC.** | **Execution Date:** | Mar. 11, 1985 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | NEW YORK |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **FENDER MUSICAL INSTRUMENTS CORPORATION** | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 1300 EAST VALENCIA DR. FULLERTON, CALIFORNIA 92631 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | GAUSEWITZ, CARR, ET AL. |
| **Correspondent Address:** | BANK OF AMERICA TOWER STE. 830 ONE CITY BLVD. W. ORANGE, CA 92668 |

**Domestic Representative - Not Found**

### Assignment 4 of 28

### Assignment 5 of 28

### Assignment 6 of 28

### Assignment 7 of 28

### Assignment 8 of 28

### Assignment 9 of 28

### Assignment 10 of 28

### Assignment 11 of 28

### Assignment 12 of 28

**Assignment 13 of 28**

**Assignment 14 of 28**

**Assignment 15 of 28**

**Assignment 16 of 28**

**Assignment 17 of 28**

**Assignment 18 of 28**

**Assignment 19 of 28**

**Assignment 20 of 28**

**Assignment 21 of 28**

**Assignment 22 of 28**

**Assignment 23 of 28**

**Assignment 24 of 28**

**Assignment 25 of 28**

**Assignment 26 of 28**

**Assignment 27 of 28**

**Assignment 28 of 28**

**Proceedings - Click to Load**

JS 44   (Rev. 10/20)

# CIVIL COVER SHEET

25-cv-20864

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

FENDER MUSICAL INSTRUMENTS CORPORATION

**DEFENDANTS**

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on

**(b)** County of Residence of First Listed Plaintiff  _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Boies Schiller Flexner LLP, 100 SE 2nd Street, Suite 2800, Miami, FL 33131, (305) 539-8400

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane   [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product        Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | Liability   [ ] 367 Health Care/ | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel &        Pharmaceutical | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| & Enforcement of Judgment | Slander        Personal Injury | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers'        Product Liability | | [ ] 835 Patent - Abbreviated | [ ] 460 Deportation |
| [ ] 152 Recovery of Defaulted | Liability   [ ] 368 Asbestos Personal | | New Drug Application | [ ] 470 Racketeer Influenced and |
| Student Loans | [ ] 340 Marine        Injury Product | | [x] 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | [ ] 345 Marine Product        Liability | | [ ] 880 Defend Trade Secrets | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment | Liability   **PERSONAL PROPERTY** | **LABOR** | Act of 2016 | (15 USC 1681 or 1692) |
| of Veteran's Benefits | [ ] 350 Motor Vehicle   [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards | | [ ] 485 Telephone Consumer |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle   [ ] 371 Truth in Lending | Act | **SOCIAL SECURITY** | Protection Act |
| [ ] 190 Other Contract | Product Liability   [ ] 380 Other Personal | [ ] 720 Labor/Management | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal        Property Damage | Relations | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ |
| [ ] 196 Franchise | Injury   [ ] 385 Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | Exchange |
| | [ ] 362 Personal Injury -        Product Liability | [ ] 751 Family and Medical | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | Medical Malpractice | Leave Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**  **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights  **Habeas Corpus:** | [ ] 791 Employee Retirement | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information |
| [ ] 220 Foreclosure | [ ] 441 Voting   [ ] 463 Alien Detainee | Income Security Act | [ ] 870 Taxes (U.S. Plaintiff | Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment   [ ] 510 Motions to Vacate | | or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/        Sentence | | [ ] 871 IRS—Third Party | [ ] 899 Administrative Procedure |
| [ ] 245 Tort Product Liability | Accommodations   [ ] 530 General | | 26 USC 7609 | Act/Review or Appeal of |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities -   [ ] 535 Death Penalty | **IMMIGRATION** | | Agency Decision |
| | Employment   **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of |
| | [ ] 446 Amer. w/Disabilities -   [ ] 540 Mandamus & Other | [ ] 465 Other Immigration | | State Statutes |
| | Other   [ ] 550 Civil Rights | Actions | | |
| | [ ] 448 Education   [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 1114; 15 U.S.C. § 1125(a)

Brief description of cause:
Trademark Infringement, False Designation of Origin

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] Yes   [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE
Feb 25, 2025

SIGNATURE OF ATTORNEY OF RECORD
/s/ Nicole Fundora

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____